UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTURO VALLES, Individually, and as Guardian ad Litem for SYLVIA VALLES, his wife, and SYLVIA BUDINICH<br><br>Plaintiffs,<br><br>v.<br><br>TOWNSHIP OF PARSIPPANY-TROY HILLS, TOWNSHIP OF PARSIPPANY-TROY HILLS POLICE DEPARTMENT, CHIEF OF POLICE MICHAEL FILLIPPO, LIEUTENANT EDWARD JASIECKI, OFFICER ALAN REMBOLD, OFFICER DANIEL MCCONNELL, TOWNSHIP OF PARSIPPANY-TROY HILLS FIRST AID SQUAD, GRACE MURRAY, SAINT CLARE'S HOSPITAL, SAINT CLARE'S HOSPITAL MOBILE INTENSIVE CARE UNIT, JOHN DOE(S) 1-25, and ABC ENTITIES/AGENCIES 1-25,<br><br>Defendants. | Civil Action No. 07-1539 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion of defendants, Township of Parsippany-Troy Hills, Township of Parsippany-Troy Hills Police Department, Chief of Police Michael Fillippo, and Lieutenant Edward Jasiecki, (collectively "Defendants"), for summary judgment, pursuant to FED. R. CIV. P. 56, against plaintiffs, Arturo Valles, Sylvia Valles, and

Sylvia Budinich, (collectively, "Plaintiffs").  This Court having reviewed the submissions of the parties, and for the reasons set forth in this Court's opinion,

IT IS on this 29th day of June, 2009,

ORDERED that Defendants' motion for summary judgment (Docket Entry No. 20), pursuant to FED. R. CIV. P. 56, is denied, as to Plaintiffs' common law negligence claims against Lt. Jasiecki; and it is further

ORDERED that Defendants' motion for summary judgment (Docket Entry No. 20), pursuant to FED. R. CIV. P. 56, is granted, as to Plaintiffs' § 1983 claims against all Defendants; and it is further

ORDERED that Defendants' motion for summary judgment (Docket Entry No. 20), pursuant to FED. R. CIV. P. 56, is granted, as to Plaintiffs' loss of services claims against all Defendants; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

      S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.